UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    MARK T BANNING  
    MICHELLE E BANNING  
    Debtor(s)

Case No. 08-08794

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/11/2008.

2) The plan was confirmed on 06/09/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/20/2009, 07/17/2009.

5) The case was dismissed on 11/12/2009.

6) Number of months from filing to last payment: 17.

7) Number of months case was pending: 21.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $39,000.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $15,840.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $15,840.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,700.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $865.08 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,565.08

Attorney fees paid and disclosed by debtor:    $600.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACC INTERNATIONAL | Unsecured | 725.00 | NA | NA | 0.00 | 0.00 |
| ACE CASH EXPRESS | Unsecured | 1,887.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Unsecured | 1,297.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Unsecured | 1,514.00 | 2,807.00 | 2,807.00 | 0.00 | 0.00 |
| ADVANCE TIL PAYDAY | Unsecured | 1,631.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE GOOD SHEPARD NON ME | Unsecured | 523.00 | NA | NA | 0.00 | 0.00 |
| ALL AMERICAN CASH ADVANCE | Unsecured | 518.00 | NA | NA | 0.00 | 0.00 |
| ALL CREDIT LENDERS | Unsecured | 1,600.00 | 4,254.80 | 4,254.80 | 0.00 | 0.00 |
| ALL CREDIT LENDERS | Unsecured | 1,600.00 | 1,694.31 | 1,694.31 | 0.00 | 0.00 |
| ALLIANCE ONE | Unsecured | 492.28 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | 2,669.55 | NA | NA | 0.00 | 0.00 |
| AMERICAN CASH N GO | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCE | Secured | 300.00 | 300.00 | 300.00 | 269.18 | 24.55 |
| AMERICAN GENERAL FINANCE | Unsecured | 3,900.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCE | Unsecured | NA | 2,553.42 | 2,553.42 | 0.00 | 0.00 |
| AMERICASH LOANS | Unsecured | 3,419.00 | 414.56 | 414.56 | 0.00 | 0.00 |
| AMERICASH LOANS | Unsecured | 2,102.00 | 2,102.10 | 2,102.10 | 0.00 | 0.00 |
| AT&T MOBILITY LLC | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| BELL WEST COMMUNITY CU | Unsecured | 1,344.60 | 1,195.77 | 1,195.77 | 0.00 | 0.00 |
| CAPITAL RECOVERY | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| CASH STORE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CERTEGY PAYMENT RECOVERY INC | Unsecured | 267.00 | NA | NA | 0.00 | 0.00 |
| CERTEGY PAYMENT RECOVERY INC | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH | Unsecured | 1,172.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| CITIMORTGAGE INC | Secured | 7,401.00 | 7,400.24 | 7,400.24 | 3,304.89 | 0.00 |
| CITIMORTGAGE INC | Secured | NA | NA | NA | 0.00 | 0.00 |
| COTTONWOOD FINANCIAL | Unsecured | 1,940.01 | 1,940.01 | 1,940.01 | 0.00 | 0.00 |
| DECATUR MEDICAL CREDIT UNION | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| DETEX AGENCY & ASSOCIATES | Unsecured | 1,563.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 1,700.00 | 1,100.04 | 1,100.04 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ECAST SETTLEMENT CORPORATION | Unsecured | 1,100.00 | 749.80 | 749.80 | 0.00 | 0.00 |
| FAST CASH IN A FLASH | Unsecured | 3,728.00 | NA | NA | 0.00 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 1,256.00 | NA | NA | 0.00 | 0.00 |
| FOREST RECOVERY SRVS | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE | Unsecured | NA | 1,903.97 | 1,903.97 | 0.00 | 0.00 |
| HEIGHTS FINANCE | Secured | 300.00 | 300.00 | 300.00 | 269.18 | 24.55 |
| HEIGHTS FINANCE CORP | Unsecured | 3,128.00 | NA | NA | 0.00 | 0.00 |
| HOEVEL & ASSOC | Unsecured | 3,628.00 | 4,064.64 | 4,064.64 | 0.00 | 0.00 |
| HSBC | Secured | NA | NA | NA | 0.00 | 0.00 |
| HSBC | Secured | 393.00 | 393.00 | 393.00 | 175.50 | 0.00 |
| HSBC AUTO FINANCE | Secured | NA | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS | Unsecured | 795.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS CATALOG SALES | Unsecured | 537.36 | 537.36 | 537.36 | 0.00 | 0.00 |
| ILLINOIS TOLLWAY AUTHORITY | Unsecured | 62.40 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Secured | 34,500.00 | 34,500.00 | 34,500.00 | 8,207.07 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 5,000.00 | 12,567.37 | 12,567.37 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 1,447.57 | 1,447.57 | 0.00 | 0.00 |
| LIGHTHOUSE FINANCIAL GROUP | Unsecured | 500.00 | 2,231.15 | 2,231.15 | 0.00 | 0.00 |
| NATIONAL CITY BANK | Unsecured | 2,800.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE ACCEPTANCE | Unsecured | 2,500.00 | 2,609.35 | 2,609.35 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 77.86 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,500.00 | 1,104.89 | 1,104.89 | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 621.00 | NA | NA | 0.00 | 0.00 |
| PHONE COMPANY CU | Unsecured | 6,000.00 | 5,742.56 | 5,742.56 | 0.00 | 0.00 |
| PLS FINANCIAL | Unsecured | 1,242.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 9,584.00 | 9,793.19 | 9,793.19 | 0.00 | 0.00 |
| SFC CENTRAL BANKRUPTCY | Unsecured | 609.00 | 643.14 | 643.14 | 0.00 | 0.00 |
| SHORT TERM LOANS | Unsecured | 379.00 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 725.00 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 103.00 | NA | NA | 0.00 | 0.00 |
| TIME 2 TAN | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| TRI COUNTY EMERGENCY PHYSICIA | Unsecured | 217.00 | NA | NA | 0.00 | 0.00 |
| TRS RECOVERY SERVICES | Unsecured | 72.99 | NA | NA | 0.00 | 0.00 |
| TRS RECOVERY SERVICES | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| UNITED RECOVERY SYSTEMS | Unsecured | 676.93 | NA | NA | 0.00 | 0.00 |
| WASHINGTON MUTUAL | Unsecured | 2,000.00 | 2,209.27 | 2,209.27 | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL ACCEPTN | Secured | NA | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL BANK | Unsecured | 2,614.18 | 2,453.31 | 2,453.31 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $7,793.24 | $3,480.39 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $35,100.00 | $8,745.43 | $49.10 |
| **TOTAL SECURED:** | **$42,893.24** | **$12,225.82** | **$49.10** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $12,567.37 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$12,567.37** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$53,552.21** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,565.08 |
| Disbursements to Creditors | $12,274.92 |
| **TOTAL DISBURSEMENTS :** | **$15,840.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/15/2010                    By: /s/ Glenn Stearns
                                             Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**